E-FILED
Wednesday, 13 September, 2017  02:11:52 PM
Clerk, U.S. District Court, ILCD

2240/17-7030.DU

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TRACY A. NORTHCUTT, f/k/a TRACY A. KORANDA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) NO. |
| | ) |
| CITY OF MOLINE, J.D. SCHULTE, DOUGLAS MAXEINER, City Administrator, and STEPHANIE ACRI, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF REMOVAL

NOW COMES the Defendants, CITY OF MOLINE, J.D. SCHULTE, DOUGLAS MAXEINER, City Administrator, and STEPHANIE ACRI, by and through one of their attorneys, WILLIAM W. KURNIK, and, pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1446, file their Notice of Removal from the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois to the United States District Court for the Central District of Illinois, Rock Island Division.  In support, the Defendants set forth the following as their grounds for removal:

1.    There is presently pending in the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois, an action entitled *Tracy A. Northcutt, f/k/a Tracy A. Koranda v. City of Moline, et al.*, Docket Number 17 CH 045, initially filed on January 30, 2017.  A true and accurate copy of the original Verified Petition is attached hereto as Exhibit A.

2.      Subsequent to the filing of the original Verified Petition, an Amended Verified Petition was filed on February 28, 2017 (a copy of which is attached hereto as Exhibit B), and Second Amended Complaint was electronically filed and served upon the Defendants on August 17, 2017 (a copy of which is attached hereto as Exhibit C).

3.      In the aforementioned action, the Plaintiff seeks recovery of damages and other relief arising out of alleged adverse employment actions including the termination of her employment.

4.      In Counts I, II and III of the Second Amended Complaint, the Plaintiff claims that the adverse employment actions were taken in violation of state law.

5.      In Count IV of the Second Amended Complaint, the Plaintiff seeks damages and other relief under 42 U.S.C. §1983 alleging political discrimination in violation of the First Amendment.

6.      In Count V of the Second Amended Complaint, the Plaintiff seeks relief under 42 U.S.C. 1983 alleging that her rights secured by the Fourteenth Amendment were violated.

7.      Neither the original Verified Petition nor the Amended Verified Petition contained any allegations that the Defendants violated any of the Plaintiff's rights secured by the United States Constitution or federal law thus making the Second Amended Complaint an "amended pleading . . . from which it may first be ascertained that the case is one which is or has become removable . . . ." 28 U.S.C. §1446(b)(3).

8.      Defendants CITY OF MOLINE and J.D. SCHULTE, through counsel, waived formal service and accepted service of the original Verified Petition.

9.      Defendants DOUGLAS MAXEINER and STEPHANIE ACRI were added as Defendants in the Second Amended Complaint; and, through counsel, waived formal service and accepted service of the Second Amended Complaint.

10.     This is an action over which this Court has original jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1343.

11.     The removal of this action is timely, as it is filed within thirty (30) days of the filing of the Second Amended Complaint and Summons upon the Defendants of the Second Amended Complaint.

12.     A copy of all pleadings and orders served upon the Defendants necessary for this Court to determine its jurisdiction and the issues in this case are attached as Exhibit D.

WHEREFORE, the Defendants, CITY OF MOLINE, J.D. SCHULTE, DOUGLAS MAXEINER, City Administrator, and STEPHANIE ACRI, file their Notice of Removal.

Respectfully submitted by,


/s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney #01550632
One of the Attorneys for Defendants CITY OF MOLINE, J.D. SCHULTE, DOUGLAS MAXEINER, City Administrator, and STEPHANIE ACRI


KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:     847/261-0700
Facsimile:     847/261-0714
E-Mail:        bkurnik@khkklaw.com

- 4 -

## EXHIBITS ATTACHED TO NOTICE

Exhibit A        Verified Petition, filed January 30, 2017;

Exhibit B        Amended Verified Petition, filed on February 28, 2017;

Exhibit C        Second Amended Complaint, filed on August 17, 2017; and

Exhibit D        Orders entered – February 1, 2017; July 20, 2017; and August 15, 2017

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendants CITY OF MOLINE,
J.D. SCHULTE, DOUGLAS MAXEINER,
City Administrator, and STEPHANIE ACRI
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:       847/261-0700
Facsimile:        847/261-0714
E-Mail:           bkurnik@khkklaw.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on September 13, 2017, the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System; and a copy thereof was served upon the following, by depositing the same in the U.S. Mail at 5600 North River Road, Rosemont, Illinois, 60018-5114, first-class postage prepaid on September 13, 2017:

> John F. Doak, Esq.
>    EMAIL: jdoak@katzlawfirm.com
> Katz Nowinski P.C.
> 1000 – 36th Avenue
> Moline, Illinois 61265

/s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney #01550632

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendants CITY OF MOLINE,
J.D. SCHULTE, DOUGLAS MAXEINER,
City Administrator, and STEPHANIE ACRI
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:    847/261-0700
Facsimile:    847/261-0714
E-Mail:    bkurnik@khkklaw.com

G:\2240 Travelers\7030 Koranda\pleadings\OUR Removal - FEDERAL.docx

- 5 -